```
              THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

UNITED STATES Of AMERICA                              RESPONDENT

    v.                          Crim No. 09-60007
                               Civ. No. 10-6003

KEVIN LAMONT BREWER                                        MOVANT

### **O R D E R**

Now on this 20th day of May 2010, there comes on for consideration the report and recommendation filed herein on April 13, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 69). Also before the Court are Movant's written objections to the report and recommendation. (Doc. 72).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be, and hereby is, adopted in its entirety. Accordingly, Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (doc. 59) is **DENIED** as premature and dismissed without prejudice. Movant will be permitted to re-file his motion at the conclusion of his direct appeal.

    IT IS SO ORDERED.

                                      */s/ Robert T. Dawson*
                                      Honorable Robert T. Dawson
                                      United States District Judge