```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                        No. 2:12CV6026
                            No. 2:09CR60007

KEVIN LAMONT BREWER                            DEFENDANT/PETITIONER

## ORDER

Now on this 17th day of September 2012, there comes on for consideration the report and recommendation filed herein on August 2, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 90). Also before the Court are Mr. Brewer's objections (doc. 92).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 83) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**