```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

v.                      No. 6:09-cr-60007

KEVIN BREWER                                    DEFENDANT/PETITIONER

## O R D E R

Currently before the Court is Defendant's Motion for Release (doc. 130), as well as, the opinion, judgment and mandate of the United States Court of Appeals for the Eighth Circuit (doc. 128). On September 10, 2014, the Eighth Circuit reversed and remanded this Court's denial of Defendant's § 2255 motion, directing the Court to vacate Defendant's conviction.  The Eighth Circuit issued its mandate on October 3, 2014.  The Court, being well and sufficiently advised, finds Defendant's motion (doc. 128) should be GRANTED.  Defendant's conviction is hereby VACATED, and Mr. Brewer shall be immediately discharged from the custody of Bureau of Prisons.

IT IS SO ORDERED this 6th day of October 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge