IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                            Criminal No. 6:09-CR-60007-RTD

KEVIN LAMONTE BREWER                                                        DEFENDANT

## ORDER

The Court has received a Report and Recommendation (ECF No. 142) from United States Magistrate Judge Barry A. Bryant.  Petitioner Kevin Brewer, proceeding in *pro se*, filed a Petition for Certificate of Innocence pursuant to 28 U.S.C. §2513 (ECF Nos. 136, 137).  Upon review of the Petition, the responses in opposition (ECF Nos. 139, 140) and the reply thereto (ECF No. 141), Judge Bryant recommended that the Petition be denied for failure to meet the requirements of 28 U.S.C. § 2513(a). Movant timely filed an Objection to the Report and Recommendation (ECF No. 143), and the matter is now ripe for consideration.

Having conducted a *de novo* review of the portions of the report and recommendation to which Petitioner has objected, 28 U.S.C. 636(b)(1), this Court finds the Objections offer neither law nor fact requiring departure from the Magistrate's findings.  Accordingly, the report and recommendation (ECF No. 142) is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

//

IT IS THEREFORE ORDERED that the Petition for Certificate of Innocence (ECF Nos. 136, 137) should be and hereby is DENIED in its entirety. Petitioner's Motion to Grant Relief (ECF No. 138) is DENIED as moot.

SO ORDERED this 26th day of January 2021.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE